```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18298
   MIRKO MIOCIC
   ZDENKA MIOCIC                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

              Debtor
   SSN XXX-XX-7815    SSN XXX-XX-8618

-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/05/07 and confirmed on 12/12/07.

     2.  The case was dismissed after confirmation, 11/21/2008.

     3.  The Debtor paid a total of $  10500.50 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
CITIMORTGAGE                  CURRENT MORTG         .00           .00           .00
INTERNAL REVENUE SERVICE      PRIORITY          9479.46        248.15       7211.72
ECAST SETTLEMENT CORPORA      UNSECURED         5120.78           .00           .00
PORTFOLIO RECOVERY ASSOC      UNSECURED         7654.30           .00           .00
ECAST SETTLEMENT CORPORA      UNSECURED        14510.30           .00           .00
ILLINOIS COLLECTION SERV      UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA      UNSECURED        12340.38           .00           .00
ECAST SETTLEMENT CORPORA      UNSECURED        10351.76           .00           .00
NICOR GAS                     UNSECURED        NOT FILED          .00           .00
US BANK                       UNSECURED        NOT FILED          .00           .00
INTERNAL REVENUE SERVICE      UNSECURED          214.46           .00           .00
           Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00      9479.46    50191.98         .00      59671.44
PRINCIPAL PAID         .00      7211.72         .00         .00       7211.72
INTEREST PAID          .00       248.15         .00         .00        248.15
TOTAL PAID             .00      7459.87         .00         .00       7459.87
The Debtor's attorney, LEGAL HELPERS PC              , was allowed $    3000.00
and was paid $    526.00 direct and $    2474.00 through the plan.

The Trustee received $     566.63 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/11/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
        CASE NO. 07 B 18298 MIRKO MIOCIC & ZDENKA MIOCIC
```